UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

v.

KYLE LEE WILSON,

Defendant.

Case: 1:26-cr-20563
Judge: Lawson, David M.
MJ: Morris, Patricia T.
Filed: 08-26-2026

---

# I N D I C T M E N T

---

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**(18 U.S.C. §§ 13, 1151, and 1153 and M.C.L. 750.110)**
**(Break and Enter Building with Intent)**

On or about October 31, 2025, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, Kyle Lee Wilson, an Indian, broke and entered without permission, a building owned or possessed by Oil Patch Machine Tool, located at 6773 East Pickard Road in Mt. Pleasant, Michigan, and at the time of the breaking and entering, Wilson had the intent to commit a larceny in violation of 18 U.S.C. §§ 13, 1151, and 1153 and Michigan Complied Law 750.110.

**COUNT TWO**
**(18 U.S.C. §§ 13, 1151, and 1153 and M.C.L. 750.110)**
**(Break and Enter Building with Intent)**

On or about November 4, 2025, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, Kyle Lee Wilson, an Indian, broke and entered without permission, a building owned or possessed by C & C Enterprises, located at 1106 Packard Road in Mt. Pleasant, Michigan, and at the time of the breaking and entering, Wilson had the intent to commit a larceny in violation of 18 U.S.C. §§ 13, 1151, and 1153 and Michigan Complied Law 750.110.

**COUNT THREE**
**(18 U.S.C. §§ 13, 1151, and 1153 and M.C.L. 750.110)**
**(Break and Enter Building with Intent)**

On or about November 28, 2025, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, Kyle Lee Wilson, an Indian, broke and entered without permission, a building owned or possessed by GT Rubber, located at 1983 South Packard Road in Mt. Pleasant, Michigan, and at the time of the breaking and entering, Wilson had the intent to commit a larceny in violation of 18 U.S.C. §§ 13, 1151, and 1153 and Michigan Complied Law 750.110.

**COUNT FOUR**
**(18 U.S.C. §§ 13, 1151, and 1153 and M.C.L. 750.110)**
**(Break and Enter Building with Intent)**

On or about November 28, 2025, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, Kyle Lee Wilson, an Indian, broke and entered without permission, a building owned or possessed by Raygada, located at 4641 East Pickard Road in Mt. Pleasant, Michigan, and at the time of the breaking and entering, Wilson had the intent to commit a larceny in violation of 18 U.S.C. §§ 13, 1151, and 1153 and Michigan Complied Law 750.110.

**COUNT FIVE**
**(18 U.S.C. §§ 13, 1151, and 1153 and M.C.L. 750.110)**
**(Break and Enter Building with Intent)**

On or about November 30, 2025, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, Kyle Lee Wilson, an Indian, broke and entered without permission, a building owned or possessed by Pullen School, located at 251 South Brown Street in Mt. Pleasant, Michigan, and at the time of the breaking and entering, Wilson had the intent to commit a larceny in violation of 18 U.S.C. §§ 13, 1151, and 1153 and Michigan Complied Law 750.110.

**COUNT SIX**
**(18 U.S.C. §§ 13, 1151, and 1153 and M.C.L. 750.110)**
**(Break and Enter Building with Intent)**

On or about December 9, 2025, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, Kyle Lee Wilson, an Indian, broke and entered without permission, a building owned or possessed by Krapohl Ford, located at 1415 East Pickard Road in Mt. Pleasant, Michigan, and at the time of the breaking and entering, Wilson had the intent to commit a larceny in violation of 18 U.S.C. §§ 13, 1151, and 1153 and Michigan Complied Law 750.110.

**COUNT SEVEN**
**(18 U.S.C. §§ 13, 1151, and 1153 and M.C.L. 750.110)**
**(Break and Enter Building with Intent)**

On or about February 6, 2026, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, Kyle Lee Wilson, an Indian, broke and entered without permission, a building owned or possessed by Doozie's, located at 1310 East Pickard Road in Mt. Pleasant, Michigan, and at the time of the breaking and entering, Wilson had the intent to commit a larceny in violation of 18 U.S.C. §§ 13, 1151, and 1153 and Michigan Complied Law 750.110.

**COUNT EIGHT**
**(18 U.S.C. §§ 13, 1151, and 1152 and M.C.L. 750.414)**
**(Unlawful Use of a Motor Vehicle)**

On or about December 13, 2025, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, Kyle Lee Wilson, an Indian, took and used, without authority, a motor vehicle from Oil Patch Machine Tool, at 6773 East Pickard Road in Mt. Pleasant, Michigan which is owned by Mark Arends, a non-Indian, without the intent to steal the same in violation of 18 U.S.C. §§ 13, 1151, and 1152 and Michigan Complied Law 750.414.

**COUNT NINE**
**(18 U.S.C. §§ 13, 1151, and 1152 and M.C.L. 750.414)**
**(Unlawful Use of a Motor Vehicle)**

On or about February 1, 2026, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, Kyle Lee Wilson, an Indian, took and used, without authority, a motor vehicle from Oil Patch Machine Tool, at 6773 East Pickard Road in Mt. Pleasant, Michigan which is owned by Mark Arends, a non-Indian, without the intent to steal the same in violation of 18 U.S.C. §§ 13, 1151, and 1152 and Michigan Complied Law 750.414.

## Forfeiture Allegation

Pursuant to Fed. R. Crim. P. 32.2(a), the government hereby provides notice to the defendant of its intention to seek forfeiture of all proceeds of the alleged violations, direct or indirect, or any property traceable thereto; all property that facilitated the commission of the violations alleged, or property traceable thereto; and all property involved in, or property traceable to, any of the violations set forth in this indictment.

Dated: August 26, 2026

THIS IS A TRUE BILL

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

*s/Roy R. Kranz*
ROY R. KRANZ (P56903)
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747
(989) 895-5712
roy.kranz@usdoj.gov

*s/Anthony P. Vance*
ANTHONY P. VANCE
Assistant U.S. Attorney
Chief, Branch Offices

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

## Companion Case Information

This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]:

☐ **Yes** x **No**

Case: 1:26-cr-20563
Judge: Lawson, David M.
MJ: Morris, Patricia T.
Filed: 08-26-2026

**Case Title:** USA v. Kyle Lee Wilson

**County where offense occurred:** Isabella

**Check One:** X **Felony** __ **Misdemeanor** __ **Petty**

__X__Indictment/___Information --- **no** prior complaint.
_______Indictment/___Information --- based upon prior complaint []
_______Indictment/___Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** ______________________ **Judge:** ______________________

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date: August 26, 2026

s/Roy R. Kranz
Roy R. Kranz
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone: 989-895-5712
Fax: 989-895-5790
E-Mail address: roy.kranz@usdoj.gov
Attorney Bar #: P56903

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.